Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: Kamariad@leiboviclawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATESHA OFELIA HUBERT,<br><br>Plaintiff<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security<br><br>Defendant(s). | CASE No.: 2:21-CV-07974-AS<br><br>**[PROPOSED]** ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d) |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND-TWO HUNDRED FIFTEEN DOLLARS AND EIGHTY-EIGHT CENTS ($2,215.88).

DATE: July 25, 2022

                                                 / s / Sagar
                                         THE HONORABLE ALKA SAGAR
                                         UNITED STATES MAGISTRATE JUDGE